CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED for Danville
JUL 1 3 2006
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA FERGUSON FOR C.F., a minor child, | ) ) ) | CASE NO. 4:06CV00017 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | REPORT AND RECOMMENDATION |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) | By: B. Waugh Crigler U. S. Magistrate Judge |
| Defendant. | ) | |

Upon consideration of defendant's June 22, 2006 Motion For Remand, and the court having been advised that plaintiff has no objection, it is

### RECOMMENDED

that the presiding District Judge GRANT defendant's Motion For Remand and REMAND the case.

The Clerk is directed immediately to transmit the record in this case to the presiding United States District Judge. Both sides are reminded that pursuant to Rule 72(b) they are entitled to note objections, if any they may have, to this Report and Recommendation within ten (10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the undersigned not specifically objected to within the period prescribed by law may become conclusive upon the parties. Failure to file specific objections pursuant to 28 U.S.C. § 636(b)(1)(C) as to factual recitations or findings as well as to the conclusions reached by the undersigned may be construed by any reviewing court as a waiver of such objection.

The Clerk of the Court hereby is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
United States Magistrate Judge

7/13/06
Date