IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| PATRICIA FERGUSON,<br>for C.F., a minor child,<br><br>      Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Secruity,<br><br>      Defendant. | Case No. 4:06-CV-00017<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>    Senior United States District Judge |

     The Commissioner filed a *Motion for Remand* [8] in this case on June 22, 2006. The Plaintiff filed a *Response in Support* [10] on July 11, 2006. On July 13, 2006, United States Magistrate Judge B. Waugh Crigler filed a *Report and Recommendation* [11] in which he recommended that this Court grant the Commissioner's *Motion for Remand*.

     I have reviewed the Commissioner's *Motion for Remand,* the Plaintiff's *Response in Support of the Commissioner's Motion*, and the Magistrate Judge's *Report*; all concur that this Court should grant the Commissioner's *Motion*. Therefore, I hereby **adopt** the Magistrate Judge's *Report and Recommendation,* **grant** the Commissioner's *Motion for Remand*, **remand** this case to the Commissioner for further administrative action, and **dismiss** this case from the docket of this Court.

     The Clerk is directed to send a certified copy of this *Order* to all counsel of record and to Magistrate Judge B. Waugh Crigler..

     Entered this 19th day of July, 2006.

                                                       s/Jackson L. Kiser               
                                                     Senior United States District Judge